■ EDWARD C. TEPERMAN, Appellant, v. HOWARD C. AMRON et al., Respondents.— In an action for a judgment declaring, *inter alia,* that a certain agreement exists between the parties, and for other relief, the appeal is from so much of an order as granted respondents' motion to modify appellant's notice to examine the individual respondents before trial. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.